☒ FILED    ☐ LODGED

**May 20 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   MJ-24-04152-001-PCT-CDB |
| Mark Adams Prieto | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

### ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark Adams Prieto _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 933(a)(1) Trafficking in Firearms

Date:      05/15/2024 _____                         *Natalia Bergander*
                                                                                      *Issuing officer's signature*

City and state:      Flagstaff, Arizona _____        s/ Debra D. Lucas, Clerk        Natalia Bergander/Judicial Assistant
                                                                                                         *Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)*  5│15│2024 , and the person was arrested on *(date)* 5│14│24 ⓖ 9:08pm at *(city and state)*  ALBUQUERQUE NM . |
| Date:  5│17│24 _____                          _____<br>*Arresting officer's signature*<br><br>RYAN HARP    SPECIAL AGENT<br>*Printed name and title* |

**CC:  USM & PTS**